# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 24-5535

**Case Name:** Diva Lawyers Social Club, Inc., et al. v. Baker, et al.

**Hearing Location (*city*):** Pasedena, California

**Your Name:** Lonita K. Baker

List the sitting dates for the two sitting months you were asked to review:

October and November 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Plaintiff Clark is unavailable October 24, 2025, November 7, 2025, and November 28, 2025. She is not available in December 2025.

Defendant Baker objects to appearing in person, as she still contests personal jurisdiction over her. In addition to the general objection to appearing in person, Baker is unavailable on Mondays, Tuesdays, and Wednesdays on the weeks of the Pasedena sessions due to her law school teaching schedule in Kentucky.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

I am unsure if Plaintiff Clark has additional cases in this court during the two months listed above, however her conflict dates are listed above. Defendant Baker has no additional cases in the 9th Circuit

**Signature:** s/Lonita K. Baker     **Date:** 6/3/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*